# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 858 |
| | : | |
| RECOGNITION OF THE SPECIAL | : | SUPREME COURT RULES |
| COURT JUDGES ASSOCIATION OF | : | DOCKET |
| PENNSYLVANIA AS THE ASSOCIATION | : | |
| REPRESENTING MAGISTERIAL | : | |
| DISTRICT JUDGES, AND AS TO | : | |
| CERTAIN MATTERS, JUDGES OF THE | : | |
| PHILADELPHIA MUNICIPAL COURT | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of November, 2020, pursuant to the authority set forth in 42 Pa.C.S. §1728, the Special Court Judges Association of Pennsylvania is hereby designated as the association that is most broadly representative of the Magisterial District Judges of this Commonwealth.

     The Special Court Judges Association of Pennsylvania is hereby also designated as the association that is most broadly representative of the judges of the Philadelphia Municipal Court as to matters that do not fall within those judges' representation by the Pennsylvania Conference of State Trial Judges.